# EXHIBIT A

# City of Gaithersburg
## Neighborhood Services Division

31 S Summit Ave • Gaithersburg, MD 20877

www.gaithersburgmd.gov • 301-258-6340 Office • 301-258-6174 Fax


# OFFICIAL NOTICE TO CORRECT VIOLATIONS

**Case Number:** CNS-33884-2026
**Notice Date:** 5/11/2026

**Staff Name:** Cody Storm
**Staff Email:** Cody.storm@gaithersburgmd.gov
**Staff Phone:**

**Respondent(s):** 905 North Frederick Road LLC
**Respondent(s):** Fitzgerald Auto Mall/Fitzgerald's Lakeforest Motors, Inc.
**Subject Property:** 909 N Frederick Ave Gaithersburg, MD 20879

Pursuant to the provisions of the Gaithersburg City Code, you are hereby notified to correct the following violations:

**Violation:** Chapter 24 Article 8 Section 24-8.6(A) - Applicability - Permit Required
Unless otherwise expressly provided in Article 8 – Signage Standards, it is unlawful for any person to post, display, structurally alter, install, or erect a sign in the city without first having obtained a sign permit pursuant to this Section.

**Corrective Action:** Remove 'Robin Ficker' sign displayed on the exterior property. Pursuant to Gaithersburg City Code Chapter 24-8.18, freestanding temporary signage is limited to the following:
- Count per Property (Max.): 1 per 2 acres or portion thereof
- Surface Area per Sign (Max.): 12 square feet
- Height of Sign Top Edge (Max.): 8 feet
- Display Duration (Max.): 90 days in any one 12-month period
- Allowed Illumination: None

**Compliance Date:** 5/12/26

Any request for an extension of time to correct the referenced violations must be submitted in writing within seven (7) business days.

Failure to comply with this Official Notice by compliance date(s) is a violation of the Gaithersburg City Code and will result in the issuance of fines or other legal action.

**Signature of Person Served** **Date**

...ed that you have the right under Chapter 24 Section 24-12.9 of the Gaithersburg City ... 17 days of the date of this notice to the City Board of Appeals if you believe ... Gaithersburg to abate the above violations wi...