**Robin K. Ficker**
**16711 Barnesville Road**
**Boyds, MD 20841**
**(301) 919-9068**
**robinficker@msn.com**

USDC- GREENBELT
'26 SEP 18 PM2:56

September 18, 2026

Hon. Charles D. Austin
United States Magistrate Judge,
United States District Court for the District of Maryland
101 West Lombard Street
Chambers 8C
Baltimore, Maryland 21201

Re: *Ficker v. City of Gaithersburg*, Case Number DLB-26-3583

Dear Judge Austin:

My name is Robin Ficker, and I am the Republican candidate for Congress in the Sixth Congressional District of Maryland in the general election to be held on November 3, 2026. On September 10, 2026, I filed a Complaint in the above-captioned matter seeking a ruling that certain provisions of the City of Gaithersburg Code violate the First Amendment rights of political candidates, such as myself, and their supporters to put up political campaign signs on private property, with the permission of the property owner.

At the time of filing, I asked the Clerk whether I could also file a motion for temporary restraining order and preliminary injunction. I was told that I could not serve any motion on the City until the summons had been signed by you and the Complaint had been served. I returned to the Clerk's office on the following day, September 11, with the motion and supporting papers. I asked whether the summons had been signed and was told that it had not been signed. Nonetheless, I went ahead and filed the motion papers. I did not serve the City because the Clerk told me I could not serve the motion until the summons had been issued and the Complaint was served.

I called the Clerk's office again today to ask whether the summons had been signed. I was told that it had not been signed, but that an order had been issued denying my motion for temporary restraining order and preliminary injunction without prejudice. I obtained a copy of the Letter Order, which is dated September 14, 2026. The basis for the order was

the I had not served the City with my motion papers. As previously explained, the reason I did not serve the City is that the Clerk's office told me I could not do so until the summons was signed and the Complaint served.

I respectfully request that Your Honor sign the summons so that the Complaint can be served and I can pursue my legal challenge.

Respectfully,

Robin K. Ficker