# EXHIBIT A

SWORN AFFIDAVIT OF
CITY CODE ENFORCEMENT OFFICER

**UNITED STATES DISTRICT COURT – DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ROBIN K. FICKER, | * | |
| *Plaintiff*, | * | Civil Action No.: 26-CV-3583 |
| v. | * | |
| CITY OF GAITHERSBURG | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * * *

AFFIDAVIT

I, **Cody Storm**, solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this affidavit are true and says:

1. I am over 18 years of age and am employed as a Code Administration Officer III for the City of Gaithersburg, Maryland, and have been so employed by the City for 10 years;

2. That I am competent to make this Affidavit and that I do so upon my own information and knowledge, and that I am competent to testify to the matters contained herein;

3. That throughout my employment, I have regularly enforced the City's Sign Ordinance as a part of my official duties;

4. That on April 28, 2026, I sent an email to Robin Ficker's official campaign, informing Mr. Ficker that City of Gaithersburg code requires a sign permit for any freestanding temporary campaign sign (the "Sign") larger than six (6) square feet, and that his campaign sign, located at Fitzgerald Auto Mall, 909 North Frederick Avenue, Gaithersburg, Maryland 20879 ("Auto Mall"), was in violation of this ordinance. *See*, Resp. Exhibit B. In the email, I provided the link containing the link to the City's permit application, instructions on how to apply for a permit, and my contact information;

5. That on May 11, 2026, following my observation that Mr. Ficker's Sign was still present at the Auto Mall, I issued an Official Notice to Correct Violations to the Auto Mall, instructing them that they may either obtain a sign permit or remove the Sign;

6. That on June 1, 2026, following a missed call from Mr. Ficker, I returned Mr. Ficker's voicemail and spoke to him over the phone. During this conversation, I addressed his concerns regarding other temporary freestanding signs belonging to political campaigns on display around the City. Mr. Ficker asked about freestanding signs belong to other political campaigns, including "Burnett for Congress," "April McClain Delaney," and "Destiny Drake West" signs located on various properties along North Frederick Avenue Gaithersburg, Maryland. In addressing those concerns, I stated to Mr. Ficker that for any violations I have either already cited those signs in

question or would do so. I advised Mr. Ficker that if he would like to keep his sign on display at the Auto Mall that he would need to reduce the size of the sign to a maximum of 12 square feet and obtain a sign permit from the City. Additionally, I advised Mr. Ficker that yard-style signs smaller than 6 square feet can be displayed at the Auto Mall and at other locations without any City permit.

7. That while Gaithersburg City Code permits code enforcement officers to issue citations for permitted freestanding temporary signs that have been displayed longer than ninety (90) days, this limit is not enforced by the City unless a sign has been displayed for a period of longer than one (1) year or unless the sign has fallen into disrepair;

8. That notwithstanding the above, citations and notices to correct violations regarding freestanding temporary signs are only issued when a sign that is larger than six (6) square feet has not been issued a permit by the City;

9. That I have not issued any notices to correct violation for any freestanding temporary sign for the purpose of the sign being up for longer than the ninety (90) day limit against any political candidate this year;

10. That throughout this year's election cycle, there are numerous campaign signs installed throughout the City. When on review I have identified a violation of the City Code, I have contacted other campaigns and property owners, and when signs are not removed or violations otherwise are not corrected, have in three (3) instances issued subsequent notices of violation.

Date: October 8th 2026

**Cody Storm**, Code Administration Officer
City of Gaithersburg