# EXHIBIT B

CITY EMAIL TO DEFENDANT

## Cody Storm

**From:** Cody Storm
**Sent:** Tuesday, April 28, 2026 12:42 PM
**To:** 'info@voteficker.com'
**Subject:** Robin Ficker signage with the City of Gaithersburg

Hello,
It has come to the attention of the City of Gaithersburg, Maryland that large temporary freestanding style Robin Ficker campaign signs are displayed on a few properties within the City of Gaithersburg limits. Please be advised that the Gaithersburg City Code requires a sign permit for any sign larger than six (6) square feet while also limiting the maximum surface area of temporary freestanding signs to 12 square feet. Accordingly, it is requested that the large Robin Ficker signs that are larger than 12 square feet be removed from the following properties located in the City of Gaithersburg:

1. 909 North Frederick Avenue Gaithersburg, Maryland – large Robin Ficker sign facing North Frederick Avenue / MD-355.

If you choose to replace a large sign with another a smaller sign that is 6-12 square feet in size, then please obtain a sign permit from the City of Gaithersburg.

**To obtain a sign permit:**
You may visit the City of Gaithersburg online permitting portal at this link:
https://ppl.gaithersburgmd.gov/energovappsprod/selfservice/#/home
Register an account on the City's online portal. Once you register an account, apply for a temporary freestanding sign permit for each property where a large sign 6-12 square feet in size will be or is currently displayed. Provide all supporting documentation for each sign permit, including but not limited to the following sign details:

1. dimensions, shapes, material, and description of sign face
2. diagram of sign drawing/ sign plan
3. location of sign marked on an aerial
4. Property owner's letter of approval
5. Pay permit fees

Should you need assistance while using the online portal, please call 301-258-6330. Alternatively, you may apply in person at City of Gaithersburg City Hall located at 31 S. Summit Avenue Gaithersburg, Md 20877 opened Monday – Friday 8AM – 5PM.

Should you have any questions or concerns, please feel free to reach out to me.
Sincerely,

Cody Storm
Community, Neighborhood & Housing Services
Code Administration Officer III | City of Gaithersburg

**o:** 301.258.6340 **c:** 240.805.1044
**e:** Cody.Storm@gaithersburgmd.gov

31 S Summit Ave, Gaithersburg, MD 20877

gaithersburgMD.gov