**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ROBIN K. FICKER,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civ. No. DLB-26-3583** |
| **CITY OF GAITHERSBURG, MD.,** | * | |
| **Defendant.** | * | |

**ORDER**

The Court held a hearing today, October 14, 2026, on Robin K. Ficker's motion for a preliminary injunction. For the reasons stated on the record, the motion for a preliminary injunction, ECF 3, is DENIED. At the end of the hearing, Ficker orally moved to voluntarily dismiss this case. The defendant did not object to voluntary dismissal without prejudice. The plaintiff's oral motion to voluntarily dismiss this case is GRANTED. The defendant's motion to dismiss, ECF 10, is DENIED as moot. The Clerk SHALL PROVIDE a copy of this Order to Ficker and SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge